United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD VELOZ,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,
IBEW LOCAL 1245, and DOES 1–10,

    Defendants.
                                   /

No. C 12-06309 WHA

**ORDER SETTING DISCOVERY HEARING**

      The Court in response to plaintiff's letter of March 29, 2013, **SETS** a three-hour meet-and-confer starting at **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON FRIDAY, APRIL 5** in the Court's jury room on the nineteenth floor of the San Francisco courthouse. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining unresolved issue(s). Defendants' response is due by noon on April 4. Please buzz chambers at 8:00 a.m. on April 5 to be let into the jury room.

      Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

      **IT IS SO ORDERED.**

Dated: April 1, 2013.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE