IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>IBEW LOCAL 1245, and DOES 1–10,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 12-06309 WHA<br><br>**ORDER SETTING<br>DISCOVERY HEARING** |

　　　The Court in response to plaintiff's letter of March 29, 2013, **SETS** a three-hour meet-and-confer starting at **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON FRIDAY, APRIL 5** in the Court's jury room on the nineteenth floor of the San Francisco courthouse. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining unresolved issue(s). Defendants' response is due by noon on April 4. Please buzz chambers at 8:00 a.m. on April 5 to be let into the jury room.

　　　Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

　　　**IT IS SO ORDERED.**

Dated: April 1, 2013.

　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE