IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD VELOZ,

    Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 12-06309 WHA

**ORDER DENYING CONTINUANCE**

Good cause not shown, the Court **DENIES** plaintiff's request to continue the meet-and-confer and discovery hearing. Please come in as scheduled.

**IT IS SO ORDERED.**

Dated: April 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE