```
 1  LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 0088666)
 2  Email: glafayette@lkclaw.com
    AFRICA E. DAVIDSON (State Bar No. 225680)
 3  Email: adavidson@lkclaw.com
    100 Spear Street, Suite 600
 4  San Francisco, California 94105
 5  Telephone: (415) 357-4600
    Facsimile: (415) 357-4605
 6  Attorneys for Defendants
 7  PACIFIC GAS AND ELECTRIC COMPANY
 8
    IBEW, LOCAL UNION 1245
 9  JENNIFER MARSTON (State Bar No. 250018)
    Email: JLM6@IBEW1245.com
10  30 Orange Tree Circle
    Vacaville, California 95687
11  Telephone: (707) 452-2715
12  Facsimile: (707) 452-2701
    Attorneys for Defendants
13  IBEW, LOCAL UNION 1245
14
    SMITH PATTEN
15  SPENCER F. SMITH (State Bar No. 236587)
    DOW W. PATTEN (State Bar No. 135931)
16  LAUREN N. KUBOTA (State Bar No. 280333)
17  353 Sacramento Street, Suite 1120
    San Francisco, California 94111
18  Telephone: (415) 402-0084
    Facsimile: (415) 520-0104
19  Attorneys for Plaintiff RICHARD VELOZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ, | CASE NO. 3:12-cv-06309-WHA |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [~~PROPOSED~~] ORDER** |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, IBEW LOCAL 1245, and DOES 1 through 10, | [Pursuant to ADR Local Rule 6-5, Civil Local Rules 6-2, 7-1, and 7-12] |
| Defendants. | Deadline for Mediation: June 5, 2013<br>Proposed Deadline: June 14, 2013 |

STIPULATED REQUEST FOR ORDER TO EXTEND MEDIATION DEADLINE - Case No. 3:12-cv-06309-WHA
-1-

COMES NOW the parties, represented by their counsel, and request the Court for an order extending the time to conduct and complete the mediation. The above-entitled action was referred to mediation on March 7, 2013 (Case Management Order, #18); hence, the current deadline for mediation is June 5, 2013. All parties support this request to extend the mediation deadline by nine days. The following considerations support this request:

1. *Unavailabilty of Mediator and Counsel for Defendant IBEW Local 1245 between May 18-June 9.* Mediator Mary Shea has informed the parties that she will be out of the country from May 18-26, 2013. Additionally, Jenny Marston, counsel for Defendant IBEW Local 1245, purchased plane tickets in February for a family vacation scheduled for May 31-June 9, 2013.

2. *Necessity of Additional Discovery.* Discovery is proceeding, however, more is necessary in order to complete the mediation. To this end, all sides have exchanged written discovery and the Plaintiff as well as a witnesses for Defendants have been deposed. In addition, the parties have scheduled two additional depositions of PG&E's witnesses, which Plaintiff wishes to occur prior to the mediation. Those depositions have been scheduled for May 30 and June 13, 2013.

3. *Should the Court grant this request, the parties have already set aside June 14, 2013, to hold and complete the mediation.* So as to not unnecessarily delay in scheduling the mediation, the parties have agreed to hold mediation on June 14, 2013. Additionally, the parties agree that June 14, 2013, shall be the new deadline for completion of mediation should the Court grant this stipulated request.

///

///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 21, 2013          By: _____
                                  SPENCER SMITH
                                  DOW PATTEN
                                  SMITH PATTEN
                                  Attorneys for Plaintiff RICHARD VELOZ

DATED: May 22, 2013          By: _____
                                  JENNY MARSTON
                                  IBEW LOCAL UNION 1245
                                  Attorney for Defendant
                                  IBEW LOCAL UNION 1245

DATED: May 21, 2013          By: _____
                                  GARY LAFAYETTE
                                  LAFAYETTE & KUMAGAI LLP
                                  Attorneys for Defendant
                                  PACIFIC GAS & ELECTRIC CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 23, 2013.         By: _____
                                  HON. WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE