1  LAFAYETTE & KUMAGAI LLP
2  GARY T. LAFAYETTE (State Bar No. 0088666)
   Email: glafayette@lkclaw.com
3  AFRICA E. DAVIDSON (State Bar No. 225680)
   Email: adavidson@lkclaw.com
4  100 Spear Street, Suite 600
5  San Francisco, California 94105
   Telephone: (415) 357-4600
6  Facsimile: (415) 357-4605
   Attorneys for Defendants
7  PACIFIC GAS AND ELECTRIC COMPANY
8
   IBEW, LOCAL UNION 1245
9  JENNIFER MARSTON (State Bar No. 250018)
   Email: JLM6@IBEW1245.com
10 30 Orange Tree Circle
11 Vacaville, California 95687
   Telephone: (707) 452-2715
12 Facsimile: (707) 452-2701
   Attorneys for Defendants
13 IBEW, LOCAL UNION 1245
14
   SMITH PATTEN
15 SPENCER F. SMITH (State Bar No. 236587)
   DOW W. PATTEN (State Bar No. 135931)
16 LAUREN N. KUBOTA (State Bar No. 280333)
17 353 Sacramento Street, Suite 1120
   San Francisco, California 94111
18 Telephone: (415) 402-0084
   Facsimile: (415) 520-0104
19 Attorneys for Plaintiff RICHARD VELOZ
20

21                  UNITED STATES DISTRICT COURT

22                 NORTHERN DISTRICT OF CALIFORNIA

23
   RICHARD VELOZ,                          )  CASE NO. 3:12-cv-06309-WHA
24                                          )
                   Plaintiff,               )  **STIPULATED REQUEST TO EXTEND**
25                                          )  **DEADLINE TO COMPLETE MEDIATION**
   v.                                       )  **AND [~~PROPOSED~~] ORDER**
26                                          )
   PACIFIC GAS & ELECTRIC COMPANY,          )  **[Pursuant to ADR Local Rule 6-5, Civil Local**
27 IBEW LOCAL 1245, and DOES 1 through 10,  )  **Rules 6-2, 7-1, and 7-12]**
                                            )
28                 Defendants.              )  Deadline for Mediation: June 5, 2013
   _____)  Proposed Deadline: June 14, 2013

STIPULATED REQUEST FOR ORDER TO EXTEND MEDIATION DEADLINE - Case No. 3:12-cv-06309-WHA
-1-

COMES NOW the parties, represented by their counsel, and request the Court for an order extending the time to conduct and complete the mediation. The above-entitled action was referred to mediation on March 7, 2013 (Case Management Order, #18); hence, the current deadline for mediation is June 5, 2013. All parties support this request to extend the mediation deadline by nine days. The following considerations support this request:

1. *Unavailabilty of Mediator and Counsel for Defendant IBEW Local 1245 between May 18-June 9.* Mediator Mary Shea has informed the parties that she will be out of the country from May 18-26, 2013. Additionally, Jenny Marston, counsel for Defendant IBEW Local 1245, purchased plane tickets in February for a family vacation scheduled for May 31-June 9, 2013.

2. *Necessity of Additional Discovery.* Discovery is proceeding, however, more is necessary in order to complete the mediation. To this end, all sides have exchanged written discovery and the Plaintiff as well as a witnesses for Defendants have been deposed. In addition, the parties have scheduled two additional depositions of PG&E's witnesses, which Plaintiff wishes to occur prior to the mediation. Those depositions have been scheduled for May 30 and June 13, 2013.

3. *Should the Court grant this request, the parties have already set aside June 14, 2013, to hold and complete the mediation.* So as to not unnecessarily delay in scheduling the mediation, the parties have agreed to hold mediation on June 14, 2013. Additionally, the parties agree that June 14, 2013, shall be the new deadline for completion of mediation should the Court grant this stipulated request.

///

///

STIPULATED REQUEST FOR ORDER TO EXTEND MEDIATION DEADLINE - Case No. 3:12-cv-06309-WHA

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 21, 2013          By: _____
                                  SPENCER SMITH
                                  DOW PATTEN
                                  SMITH PATTEN
                                  Attorneys for Plaintiff RICHARD VELOZ

DATED: May 22, 2013          By: _____
                                  JENNY MARSTON
                                  IBEW LOCAL UNION 1245
                                  Attorney for Defendant
                                  IBEW LOCAL UNION 1245

DATED: May 21, 2013          By: _____
                                  GARY LAFAYETTE
                                  LAFAYETTE & KUMAGAI LLP
                                  Attorneys for Defendant
                                  PACIFIC GAS & ELECTRIC CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 23, 2013.         By: _____
                                  HON. WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE