United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD VELOZ,

        Plaintiff(s),

  v.

PACIFIC GAS AND ELECTRIC CO,

        Defendant(s).
                                        /

No. C-12-06309 DMR

**ORDER DENYING JOINT DISCOVERY LETTER [DOCKET NO. 39] WITHOUT PREJUDICE**

The court is in receipt of the parties' joint discovery letter dated November 15, 2013. [Docket No. 39.] It appears that the parties have not met and conferred about the discovery disputes in the joint discovery letter since Defendant served supplemental responses on November 15, 2013.

Accordingly, the joint discovery letter is denied without prejudice and the parties are ordered to meet and confer in person or by telephone regarding the disputes in the letter. If any disputes remain after the parties meet and confer, the parties shall file a joint discovery letter by December 3, 2013.

IT IS SO ORDERED.

Dated: November 19, 2013

_____
DONNA M. RYU
United States Magistrate Judge