United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ, | No. C-12-06309-WHA (DMR) |
| Plaintiff(s), | **ORDER DENYING EX PARTE DISCOVERY LETTER [DOCKET NO. 47]** |
| v. | |
| PACIFIC GAS AND ELECTRIC CO, | |
| Defendant(s). | |

The court has received an ex parte discovery letter filed by Defendant Pacific Gas and Electric Co. [Docket No. 47.] The letter is **DENIED** without prejudice. The parties are ordered to meet and confer in a manner that complies with this court's standing order on discovery, *see* Docket No. 36, which states that prior to filing a discovery letter,

> The parties shall first meet and confer to try to resolve their disagreements. The meet and confer session must be *in person or by telephone,* and may not be conducted by letter, e-mail, or fax. If disagreements remain, the parties shall file a joint letter no later than five business days after the meet and confer session, unless otherwise directed by the court. **Lead trial counsel for both parties must sign the letter**, which shall include an attestation that the parties met and conferred in person or by telephone regarding all issues prior to filing the letter. Going issue-by-issue, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority; and provide each party's final proposed compromise before moving to the next issue. The joint letter shall not exceed ten pages without leave of court. **Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments.**

//

//

If the parties continue to dispute the issues raised in Docket No. 47 after they meet and confer, they shall file a joint discovery letter by **March 14, 2014**.

IT IS SO ORDERED.

Dated: March 7, 2014



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2