UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC CO,<br><br>        Defendant(s).<br>_____/ | No. C-12-06309 DMR<br><br>**ORDER RE: APPEARANCE OF COUNSEL FOR DEFENDANT IBEW LOCAL 1245 AT MARCH 13, 2014 HEARING** |

      Counsel for Defendant IBEW Local 1245 has asked to be excused from the March 13, 2014 hearing on the discovery letters pending before the court. *See* Docket Nos. 41, 42, 45, 46. If counsel for Plaintiff or Defendant Pacific Gas and Electric Co. objects to the absence of counsel for Defendant IBEW Local 1245 at the hearing, they shall file any objection with the court by **6:00 p.m. on March 12, 2014.** If no objections are filed by that time, counsel for Defendant IBEW Local 1245 is excused from appearing at the motion hearing on March 13, 2014.

      IT IS SO ORDERED.

Dated: March 12, 2014

_____
DONNA M. RYU
United States Magistrate Judge