UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD VELOZ,

        Plaintiff(s),

v.

PACIFIC GAS AND ELECTRIC CO,

        Defendant(s).
_____/

No. C-12-06309 DMR

**ORDER**

On March 7, 2014, the court denied Defendant's ex parte discovery letter (Docket No. 47) without prejudice and ordered the parties to meet and confer in a manner that complies with this court's standing order on discovery, and to file a joint discovery by March 14, 2014 in the event the parties were unable to resolve the issues raised in the ex parte letter. To date, the parties have not filed a joint discovery letter. The matter thus appears to have been resolved without need for judicial intervention. Because the non-expert discovery cutoff date was February 28, 2014, the court shall consider no further motions to compel regarding the issues raised in the ex parte letter. *See* Civil L.R. 37-3.

        IT IS SO ORDERED.

Dated: March 19, 2014

DONNA M. RYU
United States Magistrate Judge