IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY and IBEW LOCAL 1245,<br><br>    Defendants. | No. C 12-06309 WHA<br><br>**REQUEST REGARDING<br>PLAINTIFF'S DECLARATION** |

   Plaintiff Richard Veloz's declaration is not signed or verified (Dkt. No. 70-1).

*See* Local Rule 5-1(a). Counsel shall please file and serve a signed or verified copy by **MONDAY MAY 5 AT NOON** (and bring the signed original to the May 7 hearing) or it will be disregarded.

   **IT IS SO ORDERED.**

Dated: May 1, 2014.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE