IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD VELOZ,

      Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY and IBEW LOCAL 1245,

      Defendants.

No. C 12-06309 WHA

**ORDER RE QUESTIONNAIRES**

By **7:00 P.M. TODAY**, plaintiff's counsel shall please file a declaration (from the appropriate person) identifying the name (and title) of the individual who completed Exhibit G and Exhibit K to the declaration of Attorney Spencer Smith (Dkt. No. 123). When were these questionnaires completed? Were these questionnaires submitted to the Department of Fair Employment and Housing and/or Equal Employment Opportunity Commission? If so, when where they submitted? Exhibit G is hard to read. Please bring the best copy of Exhibit G to the hearing (Dkt. No. 123-7).

**IT IS SO ORDERED.**

Dated: May 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE