IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY and IBEW LOCAL 1245,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | No. C 12-06309 WHA<br><br><br><br>**ORDER RE QUESTIONNAIRES** |

By **7:00 P.M. TODAY**, plaintiff's counsel shall please file a declaration (from the appropriate person) identifying the name (and title) of the individual who completed Exhibit G and Exhibit K to the declaration of Attorney Spencer Smith (Dkt. No. 123). When were these questionnaires completed? Were these questionnaires submitted to the Department of Fair Employment and Housing and/or Equal Employment Opportunity Commission? If so, when were they submitted? Exhibit G is hard to read. Please bring the best copy of Exhibit G to the hearing (Dkt. No. 123-7).

**IT IS SO ORDERED.**

Dated: May 6, 2014.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE