IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS & ELECTRIC COMPANY and<br>IBEW LOCAL 1245,<br><br>    Defendant.<br>                                            / | No. C 12-06309 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying omnibus order dismissing all claims on summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Pacific Gas & Electric Company and IBEW Local 1245 and against Richard Veloz. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE