IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VELOZ,<br><br>      Plaintiff,<br><br>  v.<br><br>PACIFIC GAS & ELECTRIC COMPANY and<br>IBEW LOCAL 1245,<br><br>      Defendant.<br>                                                      / | No. C 12-06309 WHA<br><br>**ORDER RE<br>DOCKET NUMBER 128** |

     Without seeking or obtaining permission, counsel for Richard Veloz larded into the record a four page declaration from Attorney Dow Patten and 39 pages of exhibits. These are tardy. Counsel should not have tried to add to the summary-judgment record when the motions were already under submission. Docket number 128 is **STRICKEN**.

     **IT IS SO ORDERED.**

Dated: May 8, 2014.

                                                      WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE