**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

RICHARD VELOZ,                                      No. C 12-06309 WHA

9
              Plaintiff,

10
     v.

11
PACIFIC GAS & ELECTRIC COMPANY and          **NOTICE RE ORAL ARGUMENT**
IBEW LOCAL 1245,

12

13
              Defendant.
                                                        /

14

15         At the June 26 hearing, counsel should be prepared to address whether appropriate

16   persons from the EEOC and/or DFEH with personal knowledge of the procedures in 2012 are

17   available to give sworn testimony in an evidentiary hearing on the allegedly falsified

18   questionnaire on a date to be determined.  If this questionnaire was produced in discovery in

19   March 2013, counsel should also address why it was necessary to wait until now to raise the

20   issue.

21
22         **IT IS SO ORDERED.**

23
24   Dated:   June 17, 2014.
                                                    _____
                                                    WILLIAM ALSUP
25                                                  UNITED STATES DISTRICT JUDGE

26
27
28